CHARLES HUMBEUTEL, as Executor of ANNA HUMBEUTEL, Deceased, Appellant, *v.* HARVEY HUMBEUTEL, Respondent.

Submitted February 26, 1951; decided March 9, 1951.

*Stuart Edward Levison* for motion.

*Edward Scherer* and *Sidney E. Friedman* opposed.

Motion denied, with $10 costs.